JAMES WHITE, Respondent, *v.* JAMES D. RANKIN, Appellant, et al.

Reported below, 18 App. Div. 293.
(Argued October 4, 1897; decided October 12, 1897.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 19, 1897, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

The motion was made upon the ground that no issue of law is involved herein reviewable by the Court of Appeals.

*Hector M. Hitchings* for motion.

*John D. Pray* opposed.

Motion denied, with ten dollars costs.